# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

JULIA MARIE WEST,

Debtor.

Bankruptcy Case No. 25-15957 KHT

Chapter 7

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN

THIS MATTER is before the Court on the Motion to Avoid Lien with creditor Kalamata Capital Group, LLC ("Motion," Docket #13) filed September 29, 2025, by Debtor, through counsel. Debtor seeks to avoid the lien because it impairs the homestead exemption. Notice of the Motion was given, and no objections were filed. Having reviewed the pleadings, and being sufficiently advised,

**IT IS ORDERED** that the lien of creditor Kalamata Capital Group, LLC, recorded against Debtor's homestead, is avoided to the extent it impairs the homestead exemption. The real property address is 1252 Bonnyton Place, Castle Rock, CO 80104.

Unless the Debtor's bankruptcy case is dismissed, the lien of Kalamata Capital Group, LLC is hereby extinguished and the lien shall not survive bankruptcy, affix to or remain enforceable against the real property of the debtor.

DATED this 19th day of November, 2025

BY THE COURT:

_____
Kimberley H. Tyson
United States Bankruptcy Judge